UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
JKN Universe, LLC,

    Plaintiff,

 -against-

VVV Global Ent. LLC,

    Defendant.

---------------------------------------------------------- X

Civil Action No. 1:25-CV-08234

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

  The undersigned, counsel of record for Plaintiff, JKN Universe, LLC ("JKN") certifies as follows: JKN is wholly-owned by JKN Legacy, Inc., a non-public company organized under the laws of Delaware with its principal place of business located at No. 251 Little Falls Drive, Wilmington, DE 19808.  JKN Legacy, Inc. is owned by Legacy Holding Group, S.A. de C.V. and Legacy Holding Group USA Inc., both of which are non-public companies.

  These representations are made in order that judges of this Court may determine the need for recusal.

Dated: Los Angeles, California
October 3, 2025

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/Adam R. Fox*
Adam R. Fox
Hannah J. Makinde, Bar No. 5557723*
1211 Avenue of the Americas, 26th Floor
New York, New York  10036
+1 212 526 9889
adam.fox@squirepb.com
hannah.makinde@squirepb.com

Digna B. French**
Dorian N. Daggs**
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131
+1 305 577 7000
digna.french@squirepb.com
dorian.daggs@squirepb.com

Attorneys for Plaintiff JKN Universe, LLC

*Admission pending
***Pro hac vice application forthcoming*

2.