

3300 PGA Blvd, Suite 510
Palm Beach Gardens, FL 33410
(561) 473-7560

www.btlaw.com

Robert C. Folland
Partner
(561) 473-7565
RFolland@btlaw.com

November 21, 2025

***Via ECF***

Hon. Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312
LimanNYSDChambers@nysd.uscourts.gov

**Re:**    ***JKN Universe, LLC v. VVV Global Ent. LLC***, 1:25-cv-08234
**Letter Application to Depose Brodeur and Compel Production of Documents**

Dear Judge Liman:

This firm represents defendant-counterclaimant-third-party plaintiff VVV Global Ent., LLC.  Third-party defendants BDE Miss USA, LLC and Thom Brodeur are presently in default. (ECF Nos. 38 (setting November 18 as BDE's time to respond to the third-party complaint); ECF No. 43 (setting November 19 as Brodeur's time to respond to the third-party complaint).) Accordingly, VVV has requested that the Clerk of Court enter certificates of default against BDE and Brodeur.  (ECF Nos. 76–81.)  Once entered, BDE and Brodeur will have admitted the well-pleaded allegations asserted in the third-party complaint.  *F.T.C. v. 1263523 Ontario, Inc.*, 205 F. Supp. 2d 218, 221 (S.D.N.Y. 2002) ("Entry of default constitutes an admission of all well-pleaded allegations of the complaint by the defaulted party, except those relating to damages").

As Your Honor is well aware, VVV has filed a motion for a preliminary injunction.  BDE and Brodeur's deadline to file responsive papers is December 5, 2025.  (ECF No. 73.)  VVV has conferred with counsel for BDE and Brodeur, who advise that BDE and/or Brodeur may submit evidence in opposition to VVV's motion, including declaration(s) from BDE and/or Brodeur. BDE and Brodeur also have reserved the right to testify at the evidentiary hearing scheduled for December 11, 2025, at 10:00 a.m.

In light of the foregoing, as well as the fact that third-party defendants' have requested and been granted the right to take discovery, VVV respectfully requests the opportunity to depose Brodeur to test his credibility before he potentially testifies at the evidentiary hearing, and to examine Brodeur's publicly claimed right to manage the Miss USA and Miss Teen USA pageants and the actions he has taken in furtherance of that claim, given that his purported right to take such actions are central to VVV's motion.

November 21, 2025
Hon. Lewis J. Liman
Page 2

Additionally, VVV propounded document requests on BDE and Brodeur on November 19, 2025, but BDE and Brodeur have not confirmed that they will produce documents. VVV therefore also respectfully requests an order compelling BDE to do so.

Notably, VVV has agreed to make its principal available for a deposition on November 25, 2025, and to produce any relevant and material documents requested by third-party defendants in addition to those that have already been produced in connection with VVV's motion.

BDE and Brodeur, as well as third-party defendants JKN Universe, LLC, Legacy Holding USA, Inc., and Raul Cantu, oppose VVV's application to depose Brodeur who, upon information and belief, is BDE's sole member, on the basis that the Court has already ordered that each side of the "v" may only take one deposition in advance of the evidentiary hearing, notwithstanding its instruction that additional depositions could be sought by application. JKN, Legacy and Cantu have also taken the position that VVV, as the movant for a preliminary injunction, is not entitled to discovery, notwithstanding respondents' reservation of the right to oppose its application with evidence. VVV respectfully submits that JKN, Legacy, and Cantu's position is meritless as a matter of law, logic, and fundamental fairness.

VVV respectfully requests the entry of an Order (1) requiring Brodeur to sit for a deposition between December 1 and 5, 2025, and (2) requiring BDE and Brodeur to produce documents responsive to VVV's requests by November 26, 2025, or, in the alternative, (3) barring BDE and Brodeur from submitting any evidence in opposition to VVV's motion.

Respectfully submitted,

/s/ *Robert C. Folland*

Cc:    All counsel of record (by email and ECF)

Barnes & Thornburg