USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/26/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JKN UNIVERSE, LLC,

        Plaintiff,

    v.

VVV GLOBAL ENT. LLC,

        Defendant.

_____

VVV GLOBAL ENT. LLC,

        Counterclaim Plaintiff/Third-
        Party Plaintiff,

    v.

JKN UNIVERSE, LLC, d/b/a THE MISS
UNIVERSE ORGANIZATION

        Counterclaim Defendant,

    and

LEGACY HOLDING GROUP USA, INC;
RAÚL ROCHA CANTÚ; BDE MISS USA,
LLC; and THOM BRODEUR,

        Third-Party Defendants.

25-cv-8234 (LJL)
<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

On November 21, 2025, Defendant VVV Global Ent. LLC ("VVV") filed a letter motion seeking an order: (1) compelling Plaintiff JKN Universe, LLC ("JKN") to produce Mario Búcaro ("Búcaro") for a deposition at a mutually agreeable time between December 1 and 5, 2025; (2) directing JKN to bear the costs of any translation services requested by Búcaro; and (3)

extending VVV's deadline to file a reply to JKN's forthcoming opposition to VVV's motion for a preliminary injunction to three business days after the date on which Búcaro is deposed.  Dkt. No. 83.  Oppositions to such letter motions are due "not later than two business days after the initial letter-motion is filed."  Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 1.C.  JKN has not filed a response to the letter motion within the required timeframe.

The letter motion is therefore GRANTED as unopposed.

The Clerk of Court is respectfully directed to close Dkt. No. 83.

SO ORDERED.

Dated: November 26, 2025
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2