AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| JKN Universe, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    **25-cv-8234 (LJL)** |
| VVV Global Ent. LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Third-Party Defendants BDE Miss USA, LLC and Thom Brodeur**                 .

Date:    11/28/2025

**/s/ Bruce B. Kelson**
*Attorney's signature*

**Bruce B. Kelson - 2623379**
*Printed name and bar number*

**BUCHALTER, APC**
**425 Market Street, Suite 2900**
**San Francisco, CA 94105**

*Address*

**bkelson@buchalter.com**
*E-mail address*

**(415) 227-3520**
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|