

Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131

O  +1 305 577 7000
F  +1 305 577 7001
squirepattonboggs.com

Digna B. French
T  +1 305 577 7056
digna.french@squirepb.com

December 9, 2025

*The motion at Dkt. No. 103 is deemed withdrawn. The Clerk of Court is respectfully directed to unseal Dkt. No. 104.*

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
LimanNYSDChambers@nysd.uscourts.gov

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*December 10, 2025*

**Re: *JKN Universe, LLC v. VVV Global Ent. LLC***
    **Case No. 1:25-cv-08234-LJL**
    **JKN Universe, LLC's Withdrawal of Request for Leave to File Portion of Laylah**
    **Loiczly's Deposition Transcript Under Seal [Dkt. No. 103]**

Honorable Lewis J. Liman:

   In accordance with Your Honor's Individual Practices in Civil Cases, Rule 2(H), JKN Universe, LLC ("JKN") sought leave to file under seal a portion of the deposition transcript of Laylah Loiczly as Exhibit F to the Declaration of Digna B. French in support of JKN's Opposition to Defendant VVV Global Ent. LLC's ("VVV") motion for preliminary injunction. *See* Dkt. No. 103. The parties have now met and conferred, and counsel for Ms. Loiczly and VVV have confirmed that they are <u>withdrawing</u> the confidentiality designations as to Exhibit F. Accordingly, JKN withdraws its Request for Leave to File Portion of Laylah Loiczly's Deposition Transcript Under Seal.

Respectfully submitted,
Squire Patton Boggs (US) LLP

*/s/ Digna B. French*

Digna B. French

CC: All Counsel of Record (via ECF)

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.