USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JKN UNIVERSE, LLC,

        Plaintiff,

   v.

VVV GLOBAL ENT. LLC,

        Defendant.

VVV GLOBAL ENT. LLC,

        Counterclaim Plaintiff/Third-Party Plaintiff,

   v.

JKN UNIVERSE, LLC, d/b/a THE MISS UNIVERSE ORGANIZATION

        Counterclaim Defendant,

   and

LEGACY HOLDING GROUP USA, INC; RAÚL ROCHA CANTÚ; BDE MISS USA, LLC; and THOM BRODEUR,

        Third-Party Defendants.

25-cv-8234 (LJL)
ORDER

LEWIS J. LIMAN, United States District Judge:

The Court heard oral argument on Counterclaim/Third-Party Plaintiff VVV's motion for a preliminary injunction yesterday, December 11, 2025.  As indicated on the record:

The parties may submit one-page letters by Monday, December 15, 2025, limited solely to providing supplemental authority of which they would like the Court to be aware.

VVV is also permitted to file a three-page reply letter by that same date in response to JKN and BDE's motion to strike the Widmyer declaration.

The Court will deliver its opinion on the motion for a preliminary injunction via Microsoft Teams on December 17, 2025, at 10:00 AM.  The parties will be provided instructions for accessing the hearing via email, and the Court will post an audio-only dial-in number on the docket for public access.

SO ORDERED.

Dated: December 12, 2025
       New York, New York
                                                    LEWIS J. LIMAN
                                                    United States District Judge

2