UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2025

---

JKN UNIVERSE, LLC,

      Plaintiff,

  v.

VVV GLOBAL ENT. LLC,

      Defendant.

---

VVV GLOBAL ENT. LLC,

      Counterclaim Plaintiff/Third-Party Plaintiff,

  v.

JKN UNIVERSE, LLC, d/b/a THE MISS UNIVERSE ORGANIZATION

      Counterclaim Defendant,

  and

LEGACY HOLDING GROUP USA, INC; RAÚL ROCHA CANTÚ; BDE MISS USA, LLC; and THOM BRODEUR,

      Third-Party Defendants.

25-cv-8234 (LJL)
<u>ORDER</u>

---

LEWIS J. LIMAN, United States District Judge:

    The Court delivered its Opinion and Order regarding Counterclaim Plaintiff/Third-Party Plaintiff VVV's motion for a preliminary injunction at a hearing today, December 17, 2025. As indicated on the record:

    The motion for a preliminary injunction is denied. The motion to strike at Dkt. No. 134

is denied.  The motions at Dkt. Nos. 74 and 97 are denied as moot.

The Court will hold an initial pretrial conference by telephone in this case on January 15, 2026, at 11:00 AM.  Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.  One week prior to the conference, the parties shall jointly submit to the Court a proposed Case Management Plan and Scheduling Order using the template available on the Court's website: https://www.nysd.uscourts.gov/hon-lewis-j-liman.

The Clerk of Court is respectfully directed to close Dkt. Nos. 74, 97, and 134.


SO ORDERED.


Dated: December 17, 2025
       New York, New York                             LEWIS J. LIMAN
                                              United States District Judge

2