# EXHIBIT 2

## SETTLEMENT AND RELEASE AGREEMENT

**THIS SETTLEMENT AND RELEASE AGREEMENT** (this "**Settlement Agreement**") is made effective this ___1ˢᵗ___ day of ___March___, 2024 ("**Effective Date**") by and between JKN UNIVERSE, LLC d/b/a The Miss Universe Organization, a Delaware limited liability company ("**JKN**") and VVV GLOBAL ENT., LLC, a Florida limited liability company ("**VVV**"). JKN and VVV are collectively referred to as the "**Parties**."

### Recitals

A.      The Parties entered into a Letter of Intent ("**LOI**") on December 20, 2022 pursuant to which VVV paid $1,500,000 and agreed to pay additional 12 payments of $375,000 to JKN for the right to enter into a 12 year master license agreement ("**Master License Agreement**") for the operation of the Miss USA and Miss Teen USA pageants and sublicensing the rights to state directors for each of the 50 states, the District of Columbia and the territory of Puerto Rico for the United States preliminary state pageants (collectively, the "**State Pageants**"), under certain terms and conditions.

B.      Although the LOI provided that the Parties would sign the Master License Agreement by April 1, 2023, the Parties had not finalized the Master License Agreement by July 2023 and certain regulatory approvals had not been obtained.

C.      Therefore, in order to proceed consistent with the economics and rights to be granted to VVV under the yet-to-be-signed Master License Agreement, the Parties agreed that VVV would serve as the manager under a management agreement dated July 28, 2023 ("**Management Agreement**") pursuant to which VVV would manage the Business (as defined in the Management Agreement) under certain terms and conditions, including its agreement to perform JKN's obligations under the license agreements between JKN and its State Directors (defined below) for each State Pageant, with JKN entering into the license agreements with the State Directors and being responsible to comply with certain registration and disclosure requirements related thereto  The Management Agreement further provided that it would continue "until the earlier of the day after the 2025 State Pageants or all required regulatory approvals have been obtained" and that if needed, cover the 2024 and 2025 State Pageants and that JKN would pay all State Director License fees to VVV minus a "375,000 annual fee," with certain expenses deducted from the annual fee for 2023.

D.      The State Pageants were held in 2023 and VVV conducted the national Miss USA and Miss Teen USA pageants under the Management Agreement in 2023

E.      As of the date of this Settlement Agreement, JKN has not paid to VVV the State Director License Fees and sponsor fees due and owing for the 2023 pageants.

F.      As of the date of this Settlement Agreement, the Parties have not signed the Master License Agreement.

G.      In or around November 2023, VVV interviewed certain potential state directors and sent a non-disclosure agreement in connection therewith. VVV sent draft management agreements to certain candidates in certain states to operate State Pageants preliminary to the 2024 pageants.

692937875v4

H.     The 2024 pageant season is approaching, which requires, *inter alia,* JKN to offer and enter into license agreements preliminary to the 2024 pageants with State Directors, and the Parties desire that VVV serve as the Manager pursuant to the Management Agreement, including supporting and overseeing the State Directors with respect to State Pageants and planning the 2024 national pageants, all in exchange for the payments owed to it.

I.     Disputes and disagreements have developed over the relative rights, roles, and responsibilities of the Parties, as well as compliance with applicable laws, including state and federal franchise laws, the allocation of certain expenses, and how best to complete the Master License Agreement and perform under the Management Agreement in the interim ("**Interim Period**").

J.     The Parties desire to resolve those disputes and agree on the framework for the financial and operational aspects of the Business and the relative rights, obligations and roles of the Parties in the Interim Period.

## Agreement

**NOW, THEREFORE**, in consideration of the covenants set forth herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the Parties, the Parties agree as follows:

1.     **Recitals**.  The Recitals set forth above are incorporated into and made a part of this Settlement Agreement as if fully set forth herein.

2.     **Definitions**.  All capitalized terms not defined in this Settlement Agreement shall have the meanings set forth in the Management Agreement.

3.     **Master License Agreement**.

    a.  The Parties will work cooperatively and expeditiously to finalize and sign a 12-year master license agreement ("Master License Agreement") with an effective date of April 30, 2023. The term of the Master License Agreement will commence on the effective date of the Master License Agreement.

    b.  Under the Master License Agreement, VVV as the master licensee will have the authority and autonomy to select the State Directors subject only to the State Director's satisfaction of state director criteria provided by JKN and agreed upon by the Parties in writing and in compliance with any applicable laws, including franchise relationship laws.

4.     **Management Agreement and Interim Period.**

    a.  VVV will manage the State Pageants for 2024 under the Management Agreement, as amended during the Interim Period while the Parties negotiate the Master License Agreement.

    b.  The Parties have contemporaneously with this Settlement Agreement

2

692937875v4

agreed to amendments to the Management Agreement and to certain communication standards ("**Rules of Engagement**"). The amendments to the Management Agreement are reflected in the Addendum to Management Agreement attached as Ex. A and the Rules of Engagement are attached as Ex. B. The terms of the Amendment and the Rules of Engagement will be included in the Master License Agreement.

c. During the Interim Period, the Parties will agree on who will be the 2024 State Directors for each state. JKN will offer the 2024 state director licenses to all of the 2023 State Directors and if any do not accept, VVV may propose one or more new State Directors for 2024; provided such replacement State Director(s) meets JKN's criteria for State Directors as described above in Section 3(b).

d. During the Interim Period, JKN will, at its cost enter into (or, as applicable, amend, extend or renew) state director license agreements ("**State Director License Agreements**") directly with the state directors ("**State Directors**") and comply with federal and all applicable state franchise and business opportunity laws including resolution of any pending state registrations.

e. JKN will, at its cost, amend the current form of State Director License Agreement to reflect that if and when there is a manager or master licensee, the State Director owes such obligations to the manager or master licensee in the same way it owes those obligations to JKN, including for example, topics such as compliance with standards, non-disparagement, communication policies, release of liability, and the indemnity. VVV will cooperate and provide needed information to JKN to facilitate the preparation of the amended or updated State Director FDD and compliance with federal and state regulatory requirements. The fees and costs associated with JKN's State Director FDD and registration of its license offering for State Directors are JKN's sole responsibility.

5. **Payments.**

a. The Parties will account for and JKN will pay to VVV as required under the Management Agreement all amounts owed for the 2023 pageants ("**2023 VVV Revenue**"). This includes the sponsorship allocations and amounts, and any other revenue, received by JKN for Miss USA and Miss Teen USA in 2023, as well as the license fees paid for such pageants to JKN in 2023, less expenses incurred by JKN as follows: (1) JKN will pay VVV $162,000 via wire transfer to an account designated by VVV on the effective date of the Settlement Agreement and (2) JKN will provide a credit to the 2024 license fee due under the Management Agreement in the amount stated below in subparagraph (c) of this Section. JKN represents and warrants that there was no other sponsorship revenue received by JKN for the 2023 Miss USA and Miss Teen USA pageants.

b. JKN will cause the State Directors to pay the license fees for the 2024 Miss USA and Miss Teen USA pageants directly to VVV. VVV will also

3

receive all sponsorship and other revenues, if any, directly or if paid to JKN, JKN will forward all said amounts within five (5) days of receipt. For clarity, JKN will not be responsible for identifying sponsors for the 2024 Miss USA and Miss Teen USA Pageants.

c.  On or before the later of April 30, 2024 or the signing of a Master License Agreement, VVV will remit the license fee due under the Management Agreement in the amount of $375,000 less $140,876 for a net payment of $234,124, representing full payment under the Management Agreement for the 2024 Miss USA and the Miss Teen USA pageants.

6.  **Indemnification**.

a.  JKN will defend, indemnify, and hold harmless VVV and its owners, employees, representatives and agents for any claims, actions or inquiries brought or initiated by any State Director or any regulatory body (including but not limited to the Federal Trade Commission and any state agency regulating the offer and sale of franchises or business opportunities) arising out of any action or inaction by JKN between August 1, 2023 and the date the relevant State Director signs the new State Director License Agreement for the 2024 pageants relating to or arising out (a) the Master License Agreement, (b) Management Agreement, (c) any State Director License Agreement, (d) any related franchise disclosure documents and state registrations, and/or (e) the lack of compliance with applicable law or regulations; provided that the foregoing indemnity will not apply to any third party claims relating to agreements that VVV sent in 2023 to any candidate for a state directorship in 2024 who was not a State Director in 2023.

b.  Further, if VVV is materially delayed, restricted or prohibited from registering its disclosure documents (for its sublicense agreement offering) in a state as result of JKN's compliance or lack of compliance with any applicable franchise sales laws and regulations or is subject in any way to state inquiries, investigations, actions or proceedings of any sort relating or arising from any such law or regulation, JKN will cover all of VVV'S reasonable expenses incurred in addressing, defending or resolving any such claim or action, including any defense costs and any attorneys' fees, fines or penalties. For avoidance of doubt, this indemnification does not apply to delays caused by or costs associated with responding to comment letters from state regulators.

c.  VVV will defend, indemnify, and hold harmless JKN and its owners, employees, representatives, and agents for any claims, actions or inquiries brought or initiated by any candidate for a state directorship in 2024 who was not a State Director in 2023 and who was offered (orally or in writing) in 2023 a license, management agreement or non-disclosure agreement to serve as a State Director in 2024 (collectively, "**VVV Offering Activity**"), or any regulatory body (including but not limited to

4

692937875v4

the Federal Trade Commission and any state agency regulating the offer and sale of franchises or business opportunities) arising out of any action or inaction by VVV relating to such VVV Offering Activity.

7.    **Releases**.

a.    **By VVV**. VVV hereby fully and forever unconditionally releases and discharges JKN and its current and former owners, agents, principals, officers, directors, shareholders, members, employees, representatives, attorneys, parent companies, predecessors, affiliates, subsidiaries, successors, and assigns (collectively, the "**JKN Parties**"), from any and all claims, demands, obligations, actions, liabilities, defenses, and damages of every kind and nature whatsoever, in law or in equity, whether known or unknown, vested or contingent, or which may hereafter be discovered, accrued, or sustained in connection with, as a result of, or in any way arising from, any relationship or transaction with JKN or the JKN Parties, however characterized or described (including but not limited to, any claims arising from JKN's operation of the Business, the Management Agreement or other agreements, or the transactions described in this Settlement Agreement, or under any applicable state or federal franchise or other law, including the Federal Trade Commission Act, and all applicable Rules of the Federal Trade Commission promulgated pursuant to the Federal Trade Commission Act), from the beginning of time until the Effective Date of this Settlement Agreement. Notwithstanding anything to the contrary, this release shall not include or apply to any claim, demand, obligation, action, liability, defense, cost, or damage arising from (1) a breach, default or obligation of JKN of this Settlement Agreement, including but not limited to any of the indemnification obligations and expense coverage provisions of Section 6, and (2), a breach, default or failure to satisfy any obligation under the Management Agreement accruing after the Effective Date of this Settlement Agreement.

b.    **By JKN and JKN Parties**. JKN hereby fully and forever unconditionally releases and discharges VVV and  its current and former owners, agents, principals, officers, directors, shareholders, members, employees, representatives, attorneys, parent companies, predecessors, affiliates, subsidiaries, successors, and assigns (collectively, the "VVV **Parties**") from any and all claims, demands, obligations, actions, liabilities, defenses, and damages of every kind and nature whatsoever, in law or in equity, whether known or unknown, vested or contingent, or which may hereafter be discovered, accrued, or sustained in connection with, as a result of, or in any way arising from, any relationship or transaction with VVV or the VVV Parties, however characterized or described (including but not limited to, any claims arising from VVV's operation of the Business, the Management Agreement or other agreements, or the transactions described in this Settlement Agreement, or under any applicable state or federal franchise or other law, including the Federal Trade Commission Act, and all applicable Rules of the Federal Trade Commission promulgated pursuant to the Federal Trade Commission Act), from the beginning of time until the Effective Date of this Agreement.  Notwithstanding anything to the contrary, this release shall not include or apply to any claim, demand, obligation, action, liability, defense, or damage arising from (1) a breach, default of obligation of  VVV of this Settlement Agreement, including but not limited to the indemnification and expense coverage obligations of Section 6; and (2) a breach, default or failure to satisfy any obligation under the Management Agreement accruing after the

5

692937875v4

Effective Date of this Settlement Agreement.

c.    The Parties recognize that some or all of them may have some claim, demand, obligation, action, liability, defense, or damage against the other of which they are totally unaware and unsuspecting, which they are giving up by executing this Settlement Agreement. Nonetheless, it is the intention of the Parties in executing this Settlement Agreement that this instrument, (i) be and is a general release that is effective as a bar to each and every claim, demand, obligation, action, liability, defense, or damage released by each Party, and (ii) will deprive each Party of each and every such claim, demand, obligation, action, liability, defense, or damage and prevent asserting it against the other Party(ies).

8.    **Non-Disparagement**. The Parties will not disparage, impugn, or otherwise speak or write negatively, directly or indirectly about the other Party or take any other action that would subject a Party to ridicule, scandal, reproach, scorn, or indignity, or which would negatively impact the goodwill of a Party, or their respective concepts or brands, including but not limited to, on any social media platform, in any written statements, and/or in any comments to the media; providing that the foregoing will not prevent a Party from testifying truthfully in any proceeding.

9.    **Notice**. Any notice, request, demand, statement, or consent made under this Agreement shall be in accordance with the notice provisions in the Management Agreement.

10.    **Governing Law**. This Settlement Agreement will be interpreted and construed under the laws of New York and any dispute between the Parties will be governed by and determined in accordance with the substantive law of the State of New York, which laws will prevail in the event of any conflict of law.

11.    **Binding Effect**. This Settlement Agreement shall be binding upon and inure to the benefit of the successors, assigns, trustees, receivers, personal representatives, legatees, and devisees of the Parties.

12.    **Attorneys' Fees**. Each Party shall be responsible for paying its own costs and expenses incurred in the preparation and review of this Settlement Agreement. However, in the event of any litigation between the Parties based upon an alleged breach or default of their respective obligations to be fulfilled pursuant to this Settlement Agreement, the prevailing Party therein shall be entitled to recover attorneys' fees and legal costs against the non-prevailing Party.

13.    **Entirety**. This Settlement Agreement and attachments embodies the entire agreement and understanding between the Parties and supersedes all prior agreements and understandings related to the subject matter hereof. For avoidance of doubt, as set forth above, the Management Agreement as amended remains in full force and effect.

14.    **Severability**. The separate paragraphs of this Settlement Agreement are severable, and the finding or determination by any court of law that a certain section or paragraph of this Settlement Agreement is unenforceable shall not render the entire Settlement Agreement unenforceable.

15.    **Miscellaneous**. The Parties agree that, in entering into this Settlement Agreement, they are relying upon their own judgment, belief, and knowledge as to all phases of

692937875v4

any claims and further acknowledge that no promise, inducement or agreement or any representations and warranties not expressed herein have been made to procure their agreement hereto. The Parties further acknowledge that this Settlement Agreement is contractual and not merely recital, and that they have read, understand, and fully agree to the terms of this Settlement Agreement.

16. **Confidentiality.** Except as reasonably necessary to perform obligations or exercise or enforce rights under this Settlement Agreement, the Parties will not provide or disclose to any third party, or use, unless authorized in writing to do so by the other Party or properly directed or ordered to do so by public authority or court of competent jurisdiction, any information or matter that constitutes or concerns the terms and conditions of this Settlement Agreement or that regards any dealings or negotiations related to this Settlement Agreement.

17. **Execution in Counterparts**. This Settlement Agreement may be executed in one or more counterparts, each counterpart to be considered an original portion of this Settlement Agreement.

**IN WITNESS WHEREOF**, the Parties have caused this Settlement Agreement to be made effective as of the Effective Date set forth in the first paragraph of this Settlement Agreement.

*[signature page follows]*



692937875v4

7

**JKN:**

By:_____

Name:_____  ANN  TAKKATUTAT

Title:_____  MANAGING  DIRECTOR

Date:_____

March 1st, 2024

**VVV:**

By:_____

Name:_____

Date:_____

8

692937875v4

**JKN:**

By:_____

Name:_____

Title:_____

Date:_____

**VVV:**

By: _Laylah Lorgly_____

Name: _Laylah Lorgly_____

Date: _3/14/2024_____

8

692937875v2

## AMENDMENT #1 TO MANAGEMENT AGREEMENT

**THIS AMENDMENT TO MANAGEMENT AGREEMENT** (this "**Amendment**") is made and entered by and between **JKN UNIVERSE, LLC**, a Delaware limited liability company ("Licensor") and **VVV GLOBAL ENT., LLC**, a Florida limited liability company ("Manager").  Licensor and Manager may each be referred to as a "Party," or collectively, the "Parties."  This Amendment will be deemed effective as of _____ (the "Effective Date").

1.    **Preambles and Acknowledgments**.  Licensor and Manager are parties to that certain Management Agreement dated July 28, 2023 (including any amendments and all related exhibits, the "**Management Agreement**") pursuant to which Manager was granted the right and undertook the obligation to manage the Business (as defined in the Management Agreement). (All initial capitalized terms used but not defined in this Amendment have the meanings given to them in the Management Agreement).  Licensor and Manager are simultaneously herewith entering into a settlement and release agreement pursuant to which the Parties have agreed to (a) amend the terms of the Management Agreement and (b) cooperatively and expeditiously finalize and sign a master license agreement (the "Master License Agreement") to govern the continued operation of the Business.  Accordingly, we and you have agreed to amend the Management Agreement, subject to the terms and conditions set forth in this Amendment.

2.    **Payments**.  Notwithstanding anything to the contrary in Section 2 of the Management Agreement, Licensor and Manager agree as follows:

(a) The Parties will account for and Licensor will pay to Manager as required under the Management Agreement all amounts owed for the 2023 pageants ("2023 Manager Revenue").  This includes the sponsorship allocations and amounts, and any other revenue, received by Licensor for Miss USA and Miss Teen USA in 2023 and 2024, as well as the license fees paid for such pageants to Licensor in 2023 and 2024, including as follows: (1) Licensor will pay $162,000 via wire transfer no later than the Effective Date and (2) Licensor will provide a credit to the 2024 License Fee due under the Management Agreement in the amount stated below in subparagraph (c) of this Section.  Licensor represents and warrants that there was no other sponsorship revenue received by Licensor for the 2023 Miss USA and Miss Teen USA pageants.

(b) Licensor will cause Licensees to pay the license fees for the 2024 Miss USA and Miss Teen USA pageants directly to Manager.  Manager will also receive all sponsorship and other revenues, if any, directly or if paid to Licensor, Licensor will forward all said amounts within five (5) days of receipt.

(c) On or before the later of April 30, 2024 or the signing of a Master License Agreement, Manager will remit the license fee due under the Management Agreement in the amount of $375,000 less $140,876 for a net payment of $234,124, representing full payment under the Management Agreement for the 2024 Miss USA and the Miss Teen USA pageants.

3.    **Rules of Engagement**.  The Parties agree to comply with the communication standards set forth on Exhibit A to this Amendment.

*ACTIVE 692939500v3*

4.      **Licensees for 2024 Pageants/Licensee Criteria**.  The Parties will agree on who will be the 2024 Licensees for each state.  Licensor will offer the 2024 license to all of the 2023 Licensees and if any do not accept, Manager may propose one or more new Licensees for 2024; provided such replacement Licensee(s) meets Licensor's criteria for Licensees as provided on Exhibit B to this Amendment.

5.      **Authority Regarding operation of the Business.**   VVV has the right and authority to make decisions on the operation of the Business including the selection and termination of third-party contractors, suppliers, etc. and related issues, in accordance with Licensor's standards. For clarity, VVV has the authority and autonomy to select the production company for the pageants (currently RB Entertainment, Inc. and Ken Ehrlich Productions, Inc., which have been approved by Licensor) and the sponsors for the 2024 Miss USA and Miss Teen USA pageants. Licensor MUO may only withhold consent to any replacement production companies and new sponsors if, in the commercially reasonable opinion of Licensor, working with such replacement production company or sponsor will have a material adverse impact on the goodwill associated with the Licensor brand and trademarks.  VVV will provide any 2023 signed titleholders' contracts to Licensor.  Licensor affirms that VVV has the express authority to enforce the terms of those contracts with respect to any titleholders that do not materially meet the requirements of such contracts, after consulting with JKN. In 2024, any material changes to employment terms for the titleholders must be discussed and agreed to between the parties in their reasonable judgment.

6.      **No Other Modifications**.  Except as expressly set forth herein, all of the terms and conditions of the Management Agreement shall remain in full force and effect.

7.      **Counterparts**.  This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, notwithstanding that all parties are not signatories to the original or the same counterpart.  The parties agree that an electronic transmission, including email and facsimile, of any duly executed copy of this Amendment constitutes an original and binding document.

8.      **Entire Agreement**.   This Amendment is annexed to and forms part of the Management Agreement, and constitutes the entire understanding of the parties with respect to the subject matter hereof and may not be further modified or amended except in a written agreement signed by us and you.

**IN WITNESS WHEREOF**, the parties have executed and delivered this Amendment on the dates noted below, to be effective as of the Effective Date.

**LICENSOR:**                                           **MANAGER:**
**JKN UNIVERSE, LLC**,                      **VVV GLOBAL ENT., LLC**,
a Delaware limited liability company      a Florida corporation


By:_____       By:_____

  Title:_____       Title:_____

**DATED**:_____       **DATED**:_____

2

*ACTIVE 692939500v3*

<u>**EXHIBIT A**</u>
<u>**RULES OF ENGAGEMENT**</u>

<u>**BASIC RULES OF ENGAGEMENT BETWEEN LICENSOR AND MANAGER**</u>

- Collaborative relationship
- Attend meetings and be prepared
- All material decisions will be memorialized in writing
- Be 100% transparent, clear, and honest

**Rules on Communication:**

- Manager must respond to all questions/requests from Licensees within 5 business days
- Following execution of the 2024 License Agreements, Licensor must direct all Licensee communications to Manager within 24 hours of receipt.
- Each party (Licensor and Manager) must respond substantively to each request from the other party within 48 hours of receipt of an email or other written request for information or within 48 hours of receipt of the request.
- Any legally binding agreements or other documents must be shared with Licensor at least 24 hours before they are distributed to Licensees or titleholders.
- The parties will attend mandatory meetings between Licensor and Manager every 2 weeks for the first 12 months and then monthly or quarterly as agreed thereafter.

**Licensee Communication:**

- Licensor does not engage with Licensees without alerting Manager first.
- If Licensees reach out to Licensor they will be directed back to Manager for situations to be handled.
- Feedback@missuniverse.com will also be available for all Licensees to use as it is available for anyone to use. Any feedback will be shared with Manager promptly after being received.
- If Licensees reach out to Licensor with a complaint about Manager, Licensor will take the call, recap the meeting and handle directly with Manager giving Manager the opportunity to resolve any complaint
- There cannot be any retaliation against Licensees who reach out to Licensor with concerns, questions or feedback. The goal and objective will be for Licensor to support Manager through the situation and for the parties (Licensor and Manager) to collaborate to resolve any issues.

**Legal & Operations:**

- Franchise Legal counsel must be retained by Manager for the remainder of the management agreement and the master license.
- Any material issues arising within the USA system must be reported back to the Licensor team via the CEO or/and Global franchising group within 48 hours of it arising. Initial notification by e-mail is sufficient but reasonable requests for follow up calls must be accommodated in a timely manner.

*ACTIVE 692939500v3*

- Manager must follow the Operation Manual all International Licensees abide by which has been made available to Manager.
- Any issue Manager might have with the senior management of Licensor must be brought directly to Licensor for a discussion and not discussed verbally or otherwise with Licensees or any other third parties.  Similarly, any issue Licensor might have with the senior management of Manager must be brought directly to Manager for a discussion and not discussed verbally or otherwise with Licensees or any other third parties.

**Press/Comm's:**

- The USA Franchise impacts the Global Miss Universe Business directly. Therefore, advance communication with Licensor is required.
- The JKN Universe and Manager press teams must have open dialogue and communication in order to better support the larger business.

**Master License Agreement / Business Plans:**

- Manager will prepare a business plan which will be reviewed in a meeting with Licensor on or before February 1, 2024
- The business plan must include a plan for the current Titleholders. If for any reason a titleholder reaches out with issues, the parties must handle it directly and collaboratively.

**Distribution & Sponsorship:**

The US business impacts the global business.  Therefore, clear and honest communication on sponsors/distribution partners is necessary.  Manager must obtain prior approval for all sponsors and distributors, which approval may only be withheld if in the reasonable opinion of Licensor the relationship will cause a material adverse impact on the goodwill associated with the Miss Universe brand.

**Titleholders:**

- Manager is responsible for the expenses of a titleholder and also receives full revenue from endorsements or appearances the titleholder might execute. That requires, housing, salary, and reimbursement of travel and other expenses for all appearances.
- Prize packages must include the housing, travel and reimbursement of reasonable expenses for the titleholders, an annual salary for Miss USA (no less than $100,000 per annum) and a college scholarship for Miss Teen in an amount up to $[       ].
- Manager will have the authority to enforce the terms of the titleholder contracts after consultation with Licensor.
- Licensor will direct any titleholders to communicate directly with Manager.

A-2

ACTIVE 692939500v3

**<u>EXHIBIT B</u>**
**<u>LICENSEE CRITERIA</u>**

**<u>LICENSEE CRITERIA 2024</u>**

*"The role of a National Director demands industry experience, communication skills, and a network of contacts to help these young women achieve their goals and build a platform from which to pursue their interests."*
*https://www.missuniverse.com/nationaldirectorapplication*

**<u>Application Process:</u>**

Potential licensees submit application with proposal and application fee via electronic submission which can be found at missuniverse.com.

Anyone not a current license holder will receive background checks.  The application fees are used to cover costs of background checks. After background checks are processed an in person/virtual interview is conducted.

**<u>Current Licensee Extension Criteria:</u>**

The following criteria outlines consideration for contract extensions or long-term contracts.
- The Licensee's account is in good standing.
    - No formal issues logged against them.
    - No history of consistent delegate complaints.
    - The Licensee pays their fee on time and they are able to pay a deposit or in full before pageant in a timely manner.
  - The offer can be made in compliance with national/state franchise laws.
  - The national/state pageants are held in high regard.
- They were approved by a committee within the organization.

**<u>Due Diligence Framework for existing and new Licensees</u>**
1. Review Proposal
2. Review Financials
3. Review References
4. Review History
5. Basic Internet search
6. Phone call / Conversation
7. Background check
8. Vote with License Committee

**<u>Questions:</u>** Looking at thought process, experience, purpose

**Review Proposal**:

- Do they have experience in the pageant system?
- Were they an ND within another system?
- Are they a former delegate or title holder or have they competed?

B-1

*ACTIVE 692939500v3*

- What is their purpose & vision and does it align with our brand.
- Do they have relationships with the Tourism Board?
- Do they have a local distribution and marketing plan?
- Who are the references they provided?
- What are the elements of the production?
- Looking at the business and marketing plan - does the ROI make sense.

**Review Financials**:

- Who are their business partners?
- How long have they been in business?
- Are they able to supply financial statements?
- Are they able to supply Bank statements for the last 3 months?
- We like to see a potential candidate with more than $10k in the bank
- We request for their P&L

**Review References**:

- Email or call provided references

**Review History: Experience**

- Are you currently in litigation or have you been in any in the past?

**Basic Internet Search:**
- Review social channels - this is covered in the background check

**Phone call / Conversation**:
- Ask for them to review the proposal and pitch out why they want this?
- Ask for their story? WHO are they? Family, background, past or current profession

**Background check**:
- Financial Issues? Legal Issues? Associates? Any red flags that do not align with Brands purpose and values?

**<u>Rate Increases:</u>**

Rate increases are based on the MUO brands popularity in the region, a review of the last P&L from region, their social following, the # if applicants to be delegates, and the # of tickets sold for competition.

**<u>Communications:</u>**

The application process and timeline are transparently shared internally and externally.
Once the online application is completed the applicant get an automated email.
Applications closed Sept. 1st 2023
Virtual interviews set for Sept 2023
All final decisions done by Dec 2023

B-2

*ACTIVE 692939500v3*

Via email, we notify the applicants on their status.

**Some examples below.**

**<mark>Approved Letter to a Multi-Year Licensee</mark>**
Hi (insert name),

We are happy to have you as the (insert country) license holder for the 72nd MISS UNIVERSE Competition in El Salvador.

We are optimizing our franchising business to be fully digital and need you to please confirm the below information is accurate as soon as possible.

- Business Name: (insert or if we don't have write "please provide")
- Contract Signer: (insert or if we don't have write "please provide")
- License Owner: (insert or if we don't have write "please provide")
- National Director: (insert or if we don't have write "please provide")
- Phone Number: (insert or if we don't have write "please provide")
- Business Address: (insert or if we don't have write "please provide")


We are grateful to you and look forward to a successful future for all. Let's stay true to our shared vision of creating a future forged by women and not lose sight of all we can accomplish together. We understand there is much you want to discuss and we will provide a safe space to do so.  Stay tuned for an invite to the 2023 Town Hall specifically for renewed licensees on March 17th.

Thank you,
The Miss Universe Organization

**<mark>Rejected: Letter to former licensee</mark>**
We want to thank you for applying for the Miss Universe license. Unfortunately, your proposal was not approved at this time. We acknowledge you have been a good partner to this brand. Most importantly, we want to thank you for your service and all you've done to make the world a better place for women. We wish you continued success.

Thank you.

(THE MUO DRAFT LETTER TO FORMER LICENSEE HOLDER)
As you are aware, our License Agreement is offered on an annual basis and expires the day after our National Competition. Please be advised that we are not renewing your license for 2024 or any time thereafter.
This letter serves as written confirmation on behalf of JKN Universe that the agreement expired on (fill in the date)
We recognize the commitment you have contributed to the Miss Universe brand over the years and have valued your participation  and partnership as a National Director. We thank you for all your hard work and dedication and wish you the best of luck with future endeavors.

B-3

*ACTIVE 692939500v3*

**<mark>Rejected: Letter or Call to Potential New Licensee</mark>**
Thank you for your interest in becoming a Miss Universe licensee. Unfortunately your proposal was not approved at this time. The Miss Universe Organization maintains a stringent vetting process but you are more than welcome to reapply in the future. We wish you all the best in your future endeavors.
Thank you.
The Miss Universe Organization

**Rejected Long Term Licensee**
We strongly suggest verbally reaching out to active licensees losing a license and communicate via phone followed by an email.

**Digital Application**
The application form is 52 pages long. You can find a overview of the questions here but its up to our discretion to provide a license based on our findings and research taking into consideration who will be the best partner for the brand supervising the business needs.


**Here are the <u>Miss Universe</u> 2024 Franchise License Application Questions:**
• Are you legally authorized to work in the country you are applying for? *Its helpful when this is a yes.*

• Are you able to devote yourself full-time to the day-to-day, hands-on operation of a National Pageant? D*o you not have to do it full-time BUT we want to understand they are involved in and who will be operating the day to day.*

• Do you plan to operate a franchised pageant as your sole-business? *We like to see a yes answer but not required.*

• Do you currently have $10,000 (USD) in non-gifted, non-borrowed, non-retirement funds to pay the franchise fee? *This is minimum expectation.*

• Do you plan to operate your pageant business as a for-profit or non-profit entity? *We are moving toward a for-profit model only however historically quite a few small countries begin as non-profits.*

• How many years of relevant work experience do you have? *We like to see some pageant history and at minimum more than 5 years within management positions.*

• What is the size of the team you plan to dedicate to the business of running your pageant? *This depends on the scope and size of the state/country they are expecting to run. Also helps us understand the larger vision and investment someone can make.*

• Have you previously applied or been a MUO National Director? *We like to understand why we didn't work with someone in the past.*

• Do you personally know any Miss Universe staff, partners, or national licensees? *Helps with background research.*

*ACTIVE 692939500v3*

• Tell us about yourself. A brief bio. *This is where we look for business and value alignment.*

• Why do you want to be a National Director? *Value alignment - looking for profit & PURPOSE>*

• What would you like to highlight about your country?

• Upload your professional resume / CV

***The below highlights if the applicant has through the entirety of the business.***

• How do you plan advertise your pageant and recruit contestants? *Marketing is a key piece of this formula. The more marketing the better for the parent brand as well.*
• What prospective local TV Network and/or streaming platform(s) do you intend to use to distribute your pageant?
• How would you book appearances for your titleholder? *Titleholder plan.*
• How do you plan on financing your pageant and license? *Business plan.*
• How will you solicit sponsorships? <u>Sales plan.</u>
• What is the intended prize package for your winner?
• What costs, if any, would you have your delegate cover during their reign?
• What yearly investment do you plan on making in the MUO Business:
• Upload a projected Profit & Loss for the 2024
• What is the criteria and process you would use to select judges for your pageant?
• How would you prepare your titleholder for the Miss Universe competition?
• How would you help your titleholder achieve her personal and professional goals?
• Please provide your highest bid for next year's Miss Universe license fee:
• Provide TWO recommendation letters • Provide Proposal

B-5