# EXHIBIT 3



Mexico City, July 17th, 2025.

***Subject: Termination of Management Relationship***

Dear Laylah,

After careful consideration, the Miss Universe Organization (MUO) has decided to terminate the Management Agreement signed between JKN Universe, LLC (MUO) and VVV Global Ent., represented by you. Below are the detailed reasons supporting our decision:

### 1. Term Sheet Revisions

As initially discussed, and agreed upon a term sheet—among you and MUO—early this year, with the intent for it to be signed before March 2025. The version you submitted in the next weeks and after numerous meetings, deviated significantly from those agreed-upon terms, falling short both substantively and in its adherence to our timeline. Consequently, MUO could not proceed under such conditions, and this deviation underscores our decision to terminate the Management Agreement.

### 2. Master License Agreement (MLA)

The MLA your counsel sent a few weeks ago, did not meet MUO's expectations and required above all, an extended review by your counsel. This prolonged process suggested a reluctance—or even unwillingness—to sign the agreement. The delays, coupled with the substandard terms, render the current MLA draft unacceptable to MUO, and we must move on without it.

### 3. Communication Failures

Throughout the past year, we received multiple complaints regarding your lack of communication—emails and phone calls went unanswered, and no town halls or consistent updates were conducted. Despite our repeated requests, you never implemented a structured, consistent, and transparent communication protocol, particularly with State Directors. This ongoing failure severely hindered issue resolution and operational effectiveness.



### 4. Titleholder Resignations & Brand Damage

In early 2024, both Miss Universe USA, Noelia Voigt, and Miss Teen USA, UmaSofia Srivastava — your 2023 titleholders—resigned, citing poor management and misalignment with your leadership. Their departures sparked widespread social media outrage and negative press coverage, including allegations of a toxic work environment, bullying, and harassment. These events deeply eroded stakeholder, executive, and public confidence in the Miss Universe and Miss USA and Miss Teen USA brands.

### 5. Employee Instability

The instability within the Miss USA and Miss Teen USA team was exacerbated by serious private and public accusations against your leadership. Numerous employees resigned, citing lack of support and respect. This behavior demonstrates poor leadership and management, further damaging internal morale and external reputation.

### 6. Alma Cooper (Miss Universe USA 2024)

There has been few or no engagement with Alma Cooper—Miss USA 2024—or efforts to uplift the brand through collaboration. Instead, Alma retained counsel and issued multiple emails alleging non-payment, lack of support, and other grievances—projecting a negative brand image and undermining franchise credibility. In addition, Miss Cooper has formally retained legal representation to request payment of her salary and reimbursement for expenses incurred in connection with her duties as Miss USA 2024.

### 7. State Director Vacancies & Management Gaps

Several State Director roles remain vacant or have experienced resignations. We never received detailed information or updates on these departures, creating operational uncertainty and undermining regional franchise integrity. This lack of transparency and accountability further signals systemic communication breakdowns.

### 8. Washington State Litigation

The Miss Universe Organization (JKN Universe, LLC) and VVV Global Ent. are now involved in ongoing litigation with the State of Washington due to unresolved franchise issues with the former State Director. Despite originating under your management, your counsel never actively addressed the matter, leaving MUO to handle the consequences of a situation that was created under your leadership. This absence of accountability and engagement further underscores the serious communication and management lapses that have plagued this partnership.

# MISS ✦ UNIVERSE
## ORGANIZATION

*Conclusion & Next Steps*

Considering these issues, the Miss Universe Organization's decision to terminate the Management Agreement is final. To formally conclude this matter, we propose:

- Signing a mutual release agreement, terminating all obligations and rights between MUO and your organization.
- Finalizing the termination of the Management Agreement on equitable terms acceptable to both parties.

Please review this letter and advise your availability to execute the mutual release and finalize the Management Agreement termination.

We appreciate your prompt attention to this matter and wish you well in your future endeavors.

Best regards,

José Castillo
Vice President of Operations
*Miss Universe Organization*

Avenida Santa Fe 190, 2nd floor, Colonia Santa Fe, Alvaro Obregón, Ciudad de México, 01210 | www.missuniverse.com