UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                             :

JKN UNIVERSE, LLC,                    :

                     Plaintiff,     :

                             :               25-cv-8234 (LJL)
     -v-                     :

                             :                 ORDER
VVV GLOBAL ENT. LLC,          :

               Defendant.    :

----------------------------------------------------------------- :

                             :

VVV GLOBAL ENT. LLC,          :

               Counterclaim Plaintiff,  :

     -v-                     :

JKN UNIVERSE, LLC,              :

               Counterclaim Defendant.  :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference today, June 5, 2026, regarding outstanding discovery issues identified in the motion to compel filed by Defendant-Counterclaim Plaintiff VVV Global Ent. LLC ("VVV") against Plaintiff-Counterclaim Defendant JKN Universe, LLC ("JKN"), *see* Dkt. No. 165, and further elaborated upon by the parties in their joint status letter filed with the Court on May 29, 2026, *see* Dkt. No. 174.  As indicated on the record at the conference:

      By July 14, 2026, JKN shall produce to VVV all documents in its possession, custody, and control responsive to the Requests for Production 11–13 for the period beginning January 1, 2021, and Requests for Production 20–21 and 23 regarding the promotion, resignation, or termination of Mario Búcaro Flores as JKN's CEO, as well as documents related to any written

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/5/2026

agreement with him (including severance or cooperation agreements) from September 2025 to present.  *Id.* at 1–2.

With respect to Section II of the parties' letter, by June 12, 2026, JKN shall inform VVV of the individuals and entities in possession, custody, and control of relevant documents located outside of the United States.  *Id.* at 4–5.

By June 12, 2026, JKN shall also inform VVV of the entities and individuals with possession, custody, and control of Mario Búcaro Flóres' personal phone as discussed in Section III of the parties' letter.  *Id.* at 5–6.

VVV is not at this moment seeking action from the Court with respect to Sections IV and V of the parties' letter.  *Id.* at 6–8.

Finally, the parties shall meet and confer and submit a Proposed Amended Case Management Plan and Scheduling Order to the Court as soon as practicable to the extent such an amendment is necessary to complete discovery.

SO ORDERED.

Dated: June 5, 2026
      New York, New York                  LEWIS J. LIMAN
                                  United States District Judge

2