USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JKN UNIVERSE, LLC,

Plaintiff,

-v-

VVV GLOBAL ENT. LLC,

Defendant.

VVV GLOBAL ENT. LLC,

Counterclaim Plaintiff,

-v-

JKN UNIVERSE, LLC,

Counterclaim Defendant.

25-cv-8234 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

A post-discovery status conference is scheduled in this matter for August 13, 2026 at 10:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

Pursuant to the Amended Case Management Plan and Scheduling Order entered by the Court on April 3, 2026, *see* Dkt. No. 164, the parties were directed to file a joint letter updating the Court on the status of the case by one week prior to the status conference. No such letter has been filed.

Accordingly, the parties are directed to submit said letter by no later than August 10, 2026. The letter must be no more than three (3) single spaced pages and should include the following information in separate paragraphs:

(1) all existing deadlines, due dates, and/or cut-off dates;

(2) a brief description of any outstanding motions;

(3) a brief description of the status of discovery and of any additional discovery that remains to be completed;

(4) the status of settlement discussions;

(5) the anticipated length of trial and whether the case is to be tried to a jury;

(6) whether the parties anticipate filing motions for summary judgment; and any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

SO ORDERED.

Dated: August 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge