August 10, 2026

***Via ECF***

Hon. Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312
LimanNYSDChambers@nysd.uscourts.gov

**Re: *JKN Universe, LLC v. VVV Global Ent. LLC*, 1:25-cv-08234**
**Joint Discovery Status Letter in Response to ECF No. 190**

Dear Judge Liman:

Plaintiff/Counterclaim Defendant JKN Universe, LLC ("JKN") and Defendant/Counterclaim Plaintiff VVV Global Ent., LLC ("VVV") write jointly in response to the Court's Order, dated August 7, 2026, setting a post-discovery status conference for August 13, 2026, at 10:00 a.m., and requesting six categories of information outlined below (ECF No. 190), to respectfully request the adjournment of that conference and permission to file by August 17, 2026, a proposed Second Amended Case Management Plan and Scheduling Order to govern the remainder of this case.

As the Court may recall, VVV moved by letter motion to compel JKN to produce certain categories of documents, which the Court granted in part and denied in part. (ECF No. 165 (VVV letter motion); ECF No. 172 (order granting in part and denying in part letter motion); ECF No. 174 (joint status letter with respect to letter motion); ECF No. 178 (final order on motion to compel).) Among other things, the Court ordered JKN to produce certain categories of documents by July 14, 2026, as well as to provide certain information regarding the individuals in possession, custody, or control of discovery materials located outside the United States, including the personal cell phone belonging to JKN's former CEO, Mario Búcaro. (ECF No. 178 at 1–2.) Acknowledging the possibility that JKN's forthcoming productions and related issues would require resetting the deadlines set forth in the then-operative Amended Case Management Plan and Scheduling Order (ECF No. 164), the Court ordered the Parties to meet and confer and submit a Proposed Amended Case Management Plan and Scheduling Order "as soon as practicable." (ECF No. 178 at 2.)

Following the Court's order, JKN produced documents on July 14 and 22, 2026, and stated in its July 22 cover letter that it was working to produce additional documents within the scope of the Court's order. JKN anticipates producing those documents by August 20, 2026. JKN is also in the process of collecting potentially responsive ESI from additional sources, and the parties are discussing a timeframe for the production of those materials.

While VVV awaits JKN's anticipated productions, it has been reviewing the documents produced by JKN thus far and believes additional supplementation may be necessary. Additionally, VVV is currently engaging in discussions with non-parties Thom Brodeur and

BDE Miss USA, LLC ("BDE Parties") about the search terms and methodologies that they will utilize to produce documents responsive to VVV's subpoenas duces tecum. (ECF No. 184 (granting VVV's motion to compel with respect to three RFP exemplars).) Lastly, VVV will be filing its Second Amended Counterclaims later today, so the pleadings have not yet closed.

In light of the foregoing, the parties have been engaged in discussions to develop a proposed Amended Case Management Plan and Scheduling Order that they believe based on present circumstances should provide sufficient time to complete discovery, and request until August 17, 2026, to submit their proposal.

With respect to the specific information the Court requested in its August 7 Order (ECF No. 190), the parties respectfully respond as follows:

(1) All existing deadlines, due dates, and/or cut-off dates.

The parties respectfully request until August 17, 2026, to submit a new proposed Amended Case Management Plan and Scheduling Order, which will set forth new deadlines, due dates, and/or cut-off dates to govern the remainder of this case.

(2) A brief description of any outstanding motions.

None, although VVV anticipates that it may need to seek additional assistance from the Court should it be unable to amicably resolve outstanding discovery issues with JKN and/or the BDE Parties.

(3) A brief description of the status of discovery and of any additional discovery that remains to be completed.

The parties have exchanged documents, although further productions will be made. The parties also need to exchange privilege logs.

With respect to depositions, JKN anticipates taking at least 4 party depositions and at least 5 third-party depositions. VVV anticipates taking at least 6 party depositions and 1 third-party deposition.

JKN and VVV also anticipate propounding requests for admission.

The parties also anticipate expert discovery.

The new proposed Amended Case Management Plan and Scheduling Order that the parties intend to submit will address the timing for each of these activities.

(4) The status of settlement discussions.

No settlement discussions have occurred.

(5) The anticipated length of trial and whether the case is to be tried to a jury.

At this time, the parties' best estimate is that the trial will take one week. The case is to be tried to a jury.

(6) Whether the parties anticipate filing motions for summary judgment; and any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

Given the substantial amount of discovery that remains outstanding, neither of the parties knows at present whether it plans on filing a motion for summary judgment. There are no other issues that the parties would like to raise at this time.

* * *

For the foregoing reasons, the parties respectfully request that the Court (1) adjourn the status conference scheduled for August 13, 2026;[1] and (2) permit the parties until August 17, 2026, to submit a new proposed Amended Case Management Plan and Scheduling Order.

The parties thank the Court for its consideration.

**ARKTOUROS PLLC**

<u>*/s/ Michael B. Nadler*</u>
Michael B. Nadler (*pro hac vice*)
848 Brickell Avenue, Suite Ph5-J72
Miami, FL 33131
Tel: (305) 709-2573
Email: mnadler@arktouros.com

Francis Murray (*pro hac vice*)
848 Brickell Avenue, Suite Ph5-J72
Miami, FL 33131
Tel: (305) 709-2573
Email: fmurray@arktouros.com

*Attorneys for Plaintiff/Counterclaim Defendant JKN Universe LLC, d/b/a The Miss Universe Organization*

**BARNES & THORNBURG LLP**

<u>*/s/ Robert C. Folland*</u>
Robert C. Folland (*pro hac vice*)
3300 PGA Blvd., Suite 510
Palm Beach Gardens, FL 33410
Tel: (561) 473-7565
Email: Rob.Folland@btlaw.com

Russell T. Gorkin
390 Madison Ave., 12th Floor
New York, NY 10017
Tel: (646) 746-2400
Email: RGorkin@btlaw.com

*Attorneys for Defendant/ Counterclaim Plaintiff/Third-Party Plaintiff VVV Global Ent., LLC*

[1] Should the Court decide to move forward with the August 13, 2026, conference, JKN respectfully requests permission to appear telephonically.