**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JKN UNIVERSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VVV GLOBAL ENT. LLC,<br><br>Defendant. | Case No.: 1:25-cv-08234 (LJL)<br><br>~~[PROPOSED]~~ SECOND AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER |
| VVV GLOBAL ENT. LLC,<br><br>Counterclaim Plaintiff & Third-Party Plaintiff,<br><br>v.<br><br>JKN UNIVERSE, LLC,<br><br>Counterclaim Defendant,<br><br>and<br><br>LEGACY HOLDING GROUP USA, INC, RAÚL ROCHA CANTÚ, BDE MISS USA, LLC, and THOM BRODEUR,<br><br>Third-Party Defendants. | |

LEWIS J. LIMAN, United States District Judge:

This Civil Case Management Plan and Scheduling Order is submitted by the parties in accordance with Federal Rule of Civil Procedure 26(f)(3):

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. The parties have conferred pursuant to Federal Rule of Civil Procedure 26(f).

3. The parties have not engaged in settlement discussions.

4. Any motion to amend or to join additional parties shall be filed no later than February 16, 2026.

5. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than January 29, 2026.

6. All fact discovery is to be completed no later than April 7, 2027.

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in Paragraph 6 above.

    a. Initial requests for production of documents shall be served by February 5, 2026.

    b. Production of documents shall be substantially completed by October 31, 2026.

    c. Interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York shall be served by February 5, 2026. No Rule 33.3(a) interrogatories need to be served with respect to disclosures automatically required by Federal Rule of Civil Procedure 26(a).

    d. Unless otherwise ordered by the Court, contention interrogatories should be served consistent with Rule 33.3(c) of the Local Rules of the Southern District of New York.

    e. Depositions shall be completed by March 31, 2027.

    f. Requests to Admit shall be served no later than January 6, 2027.

8. All expert discovery shall be completed as follows:

    a. Disclosure of experts shall be made no later than January 20, 2027.

    b. Initial expert reports shall be exchanged no later than February 24, 2027.

c. Rebuttal Expert Reports shall be made no later than April 12, 2027.

d. All expert discovery, including depositions, shall be completed by May 12, 2027.

9. All discovery shall be completed no later than May 12, 2027.

10. The proposed joint pretrial order shall be submitted on ECF in accordance with the Court's Individual Practices in Civil Cases and Federal Rule of Civil Procedure 26(a)(3) no later than ~~May 18, 2027~~.

11. [*To be filled in by the Court*] A post-discovery status conference shall be held on: May 12, 2027 at 11:00 a.m. By default, this conference is conducted in-person in Courtroom 15C, 500 Pearl Street.

A joint letter updating the Court on the status of the case shall be filed on ECF by one week prior to the status conference. The letter must be no more than three (3) single spaced pages and should include the following information in separate paragraphs:

(1) all existing deadlines, due dates, and/or cut-off dates;

(2) a brief description of any outstanding motions;

(3) a brief description of the status of discovery and of any additional discovery that remains to be completed;

(4) the status of settlement discussions;

(5) the anticipated length of trial and whether the case is to be tried to a jury;

(6) whether the parties anticipate filing motions for summary judgment; and any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

12. Any motion for summary judgment must be filed no later than May 26, 2027.

13. Privileged Materials and Trial Preparation Materials

a. The parties have reached the following agreement with respect to assertions of claims of privilege in compliance with Fed. R. Civ. P. 26(b)(5)(A) and Local Civil Rule 26.2: *See* Order and Joint Stipulation for the Exchange and Production of Electronically Stored Information, ECF No. 167, ¶ 6.

b. The parties have not reached an agreement under Fed. R. Evid. 502.

c. The parties believe that a protective order under Fed. R. Civ. P. 26(c) is warranted and such an order has been entered. *See* Joint Stipulation and Protective Order, ECF No. 94.

14. This case is to be tried to a jury.

15. The parties have conferred and their present best estimate of the length of trial is 6 days.

16. [*To be completed by the Court*] The trial date is ________at ________. The deadlines for trial motions are as follows:

a. Joint Pretrial Order ________________.

b. Motions in Limine _________________.

c. Proposed Voir Dire _________________.

d. Proposed Jury Instructions ____________.

Absent adjustment, responses are due one week after the motion is filed.

17. Counsel for the parties do not believe any alternative dispute resolution mechanism would be helpful at this time, but will promptly inform the Court and/or request a referral to a Magistrate Judge or the Southern District's Mediation Program should their views change.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

Dated: August 18, 2026

LEWIS J. LIMAN
United States District Judge